Matter of Vashti M. (Carolette M.) (2023 NY Slip Op 03180)

Matter of Vashti M. (Carolette M.)

2023 NY Slip Op 03180

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, AND MONTOUR, JJ. (Filed June 9, 2023.)

MOTION NO. (123/23) CAF 20-01344.

[*1]IN THE MATTER OF VASHTI M. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; CAROLETTE M., RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.